**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>             Plaintiff,  )<br>                             )<br>vs.  )<br>                             )<br>Bobby Lee Williams,  )<br>             Defendant.  )<br>_____) | 13-04205MJ-001-PCT-MEA<br>**ORDER** |

The defendant appeared in court and admitted to violating the conditions of unsupervised probation as alleged in Paragraph A of the Petition to Revoke Supervised Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant to Unsupervised probation subject the following conditions and special conditions:

1. You shall not purchase, possess or consume any alcohol.
2. You shall attend and successfully complete a substance abuse treatment/evaluation program at the direction of the Court and/or the probation office, and you shall provide the probation office with proof of completion withing six (6) months of sentencing.
3. You shall not purchase or possess any firearms, ammunition or explosives (to the extent you are not already a prohibited possessor of firearms).

4. You shall rectify any outstanding state, local, or tribal warrants to the extent applicable, including submitting yourself to the jurisdiction of said courts.

IT IS FURTHER ORDERED that the defendant's probation is extended for two (2) years beginning on October 1, 2014.

IT IS FURTHER ORDERED that the defendant be released from federal custody.

DATED this 1st day of October, 2014.

_____
Mark E. Aspey
United States Magistrate Judge